# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147700(34)

UAW, UAW LOCAL 6000, MICHIGAN
CORRECTIONS ORGANIZATION SEIU
LOCAL 526, MICHIGAN PUBLIC EMPLOYEES
SEIU LOCAL 517M, and MICHIGAN STATE
EMPLOYEES ASSOCIATION AFSCME
LOCAL 5,

     Plaintiffs-Appellants,

v

                                 SC: 147700
                                 COA: 314781

NINO ERWIN GREEN, EDWARD D.
CALLAGHAN, ROBERT LABRANT,
GOVERNOR OF MICHIGAN, and ATTORNEY
GENERAL,

     Defendants-Appellees.

_____/

      On order of the Chief Justice, the motion of the Civil Service Commission to participate in this matter as amicus curiae is GRANTED. The amicus curiae brief submitted by the Civil Service Commission on October 4, 2013, for the Court's consideration in deciding the leave application is accepted for filing. On further order, the motion of the Civil Service Commission to participate in oral argument is DENIED without prejudice to filing a new motion if the matter is scheduled for oral argument.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2013



Clerk